IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D.<br>3301 New Mexico Avenue, N.W.<br>Suite 316<br>Washington, DC 20016<br><br>                               Plaintiffs,<br><br>v.<br><br>LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST FUNDING<br>SERVICES,<br>1310 Madrid Road<br>Suit 100<br>Marshall, Minnesota 56258<br><br>                               Defendant. | Case No._____<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## RULE 7.1 DISCLOSURE

      Pursuant to Local Rule 7.1, Plaintiff Ramin Oskoui, M.D. P.C. hereby discloses that it is a privately-held professional corporation held exclusively by Plaintiff Ramin Oskoui, M.D. No publicly held corporation owns 10% of more of its stock, and Ramin Oskoui, M.D. P.C. does not own any other publicly-traded companies.

      Plaintiffs will promptly notify the court should this information change.

                                                             Respectfully submitted,

                                                             By: _____
                                                             Adam L. Braverman (DC Bar No 478736)
                                                             Joshua Ian Rosenstein (DC Bar No. 482585)
                                                             GOODWIN PROCTER LLP
                                                             901 New York Avenue, N.W.
                                                             Washington, D.C. 20001

(202) 346-4000  Telephone
(202) 346-4444  Facsimile
Attorneys for Plaintiffs
Ramin Oskoui, M.D., P.C. and
Ramin Oskoui, M.D.

Dated: April 13, 2006