IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D.,<br>3301 New Mexico Avenue, N.W.<br>Suite 316<br>Washington, D.C. | *<br><br>*<br><br>* | <br><br><br><br>CASE NO. 1:06cv00678<br>JUDGE: Henry H. Kennedy |
| Plaintiff | * | DECK TYPE: General Civil |
| v. | * | |
| LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST<br>FUNDING SERVICES,<br>1310 Madrid, Suite 100<br>Marshall, Minnesota 56258 | *<br><br>*<br><br>*<br>* | |
| Defendant | | |

\*          \*          \*          \*          \*          \*          \*

**DEFENDANT'S MOTION TO DISMISS COMPLAINT
OR IN THE ALTERNATIVE, FOR CHANGE OF VENUE**

Defendant, Lyon Financial Services, Inc., d/b/a USBancorp Manifest Funding Services, by and through its attorneys, Ronald H. Jarashow and Franch, Jarashow & Smith, P.A., hereby moves to dismiss the complaint for improper venue pursuant to Federal Rules of Civil Procedure 12(b)(3) or in the alternative for change of venue pursuant to 28 U.S.C. Sections 1404 and 1406.

In support of its motion Defendant incorporates by reference the attached Memorandum of law, and exhibits.

WHEREFORE, Defendant, Lyon Financial Services, Inc., d/b/a USBancorp Manifest Funding Services, requests that the court dismiss the complaint for improper venue pursuant to Federal Rules of Civil Procedure 12(b)(3) or in the alternative for transfers venue pursuant to 28 U.S.C. Sections 1404 and 1406 to the court in Minnesota.

    _S/_____
Ronald H. Jarashow (DC Bar No. 944793)
Franch, Jarashow, & Smith, P.A.
107 Ridgely Avenue, Suite 9
Annapolis, MD 21401
(410) 268-5600

Attorney for Defendant
Defendant, Lyon Financial Services, Inc., d/b/a USBancorp Manifest Funding Services

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of May, 2006, a copy of the foregoing Defendant's Motion, Memorandum of Law, Exhibits, and Order, were mailed first class, postage prepaid to:

Adam L. Braverman, Esquire, and Joshua Ian Rosenstein, Esquire, 901 New York Avenue, N.W., Washington, D.C., 20001, Attorneys for Plaintiffs.

    _S/_____
Ronald H. Jarashow