IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D.,<br>3301 New Mexico Avenue, N.W.<br>Suite 316<br>Washington, D.C.<br><br>    Plaintiff<br><br>    v.<br>LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST<br>FUNDING SERVICES,<br>1310 Madrid, Suite 100<br>Marshall, Minnesota 56258<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CASE NO. 1:06cv00678<br>JUDGE: Henry H. Kennedy<br>DECK TYPE: General Civil |

\*        \*        \*        \*        \*        \*        \*

ORDER

Upon consideration of Defendant, Lyon Financial Services, Inc.'s Motion to Dismiss Complaint for Improper Venue, and any Opposition thereto by Plaintiff, and review of the file, it is this _____ day of _____, 2006, by the Court

ORDERED that the Motion be and is hereby GRANTED and that this case is dismissed for improper venue pursuant to Federal Rules of Civil Procedure 12(b)(3).

_____
Judge

cc: Ronald H. Jarashow                    Adam L. Braverman
    Franch, Jarashow, & Smith, P.A.       Joshua Ian Rosenstein
    107 Ridgely Avenue, Suite 9           901 New York Avenue, N.W.
    Annapolis, MD 21401                   Washington, D.C. 2001