IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAMIN OSKOUI, M.D., P.C., and <br> RAMIN OSKOUI, M.D., <br> 3301 New Mexico Avenue, N.W. <br> Suite 316 <br> Washington, D.C. <br><br> Plaintiff <br><br> v. <br> LYON FINANCIAL SERVICES, INC., <br> d/b/a USBANCORP MANIFEST <br> FUNDING SERVICES, <br> 1310 Madrid, Suite 100 <br> Marshall, Minnesota 56258 <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CASE NO. 1:06cv00678 <br> JUDGE: Henry H. Kennedy <br> DECK TYPE: General Civil |

\*   \*   \*   \*   \*   \*   \*

## RULE 7.1 DISCLOSURE

Pursuant to Local Rule 7.1, Defendant, Lyon Financial Services, Inc., hereby discloses that its parent company is U.S. Bancorp, which is a publicly traded company under the stock symbol USB.

_S/_____
Ronald H. Jarashow (DC Bar No. 944793)
Franch, Jarashow, & Smith, P.A.
107 Ridgely Avenue, Suite 9
Annapolis, MD 21401
(410) 268-5600

Attorney for Defendant
Defendant, Lyon Financial Services, Inc., d/b/a USBancorp Manifest Funding Services

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of May, 2006, a copy of the foregoing Rule 7.1 Disclosure was mailed first class, postage prepaid to:

1

      Adam L. Braverman, Esquire, and Joshua Ian Rosenstein, Esquire, 901 New York Avenue, N.W., Washington, D.C., 20001, Attorneys for Plaintiffs.

      _S/_____
Ronald H. Jarashow