IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST FUNDING<br>SERVICES,<br><br>Defendant. | Case No. 1:06CV00678<br><br>Judge: Henry H. Kennedy |

## ORDER

This matter comes before the Court on the defendant's motion to dismiss the complaint, or in the alternative, for a change of venue, and the plaintiffs' opposition thereto. Upon consideration of these arguments, it is, hereby this ___ day of _____ , 2006

**ORDERED** that the defendant's motion to dismiss the complaint, or in the alternative, for a change of venue is **DENIED**.

_____
Judge Henry H. Kennedy

LIBNY/4521133.2