IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D., | * | |
| | * | |
| Plaintiffs | * | CASE NO. 1:06cv00678<br>JUDGE: Henry H. Kennedy |
| | * | |
| v. | | |
| LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST<br>FUNDING SERVICES, | * | |
| | * | |
| Defendant | | |

\*     \*     \*     \*     \*     \*     \*

ENTRY OF ADDITIONAL COUNSEL FOR DEFENDANT

To the Clerk of ths court and all parties of record:

Please enter the appearance of Robert R. Smith, as additional counsel for Defendant, Lyon Financial Services, Inc.

Respectfully submitted

Date: June 7, 2006

S/_____
Robert R. Smith (D.C. Bar No. 387730)
Franch, Jarashow, & Smith, P.A.
107 Ridgely Avenue, Suite 9
Annapolis, MD 21401
(410) 268-5600

Attorney for Defendant Lyon Financial Services, Inc.,
d/b/a USBancorp Manifest Funding Services

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 7th day of June, 2006, a copy of the foregoing Appearance of Additional Counsel for Defendant was mailed first class, postage prepaid to:

    Adam L. Braverman, Esquire, and Joshua Ian Rosenstein, Esquire, 901 New York Avenue, N.W., Washington, D.C., 20001, Attorneys for Plaintiffs.

                                            _S/_____
                                            Robert R. Smith