IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RAMIN OSKOUI, M.D., P.C., and          *
RAMIN OSKOUI, M.D.,
3301 New Mexico Avenue, N.W.           *
Suite 316
Washington, D.C.                       *      CASE NO. 1:06cv00678
                                              JUDGE: Henry H. Kennedy
        Plaintiff                      *      DECK TYPE: General Civil


        v.                             *
LYON FINANCIAL SERVICES, INC.,
d/b/a USBANCORP MANIFEST                *
FUNDING SERVICES,
1310 Madrid, Suite 100                 *
Marshall, Minnesota 56258
                                       *
        Defendant
*        *        *        *        *        *        *

ORDER GRANTING LEAVE TO
FILE AMENDED MOTION TO DISMISS

Upon consideration of Defendant, Lyon Financial Services, Inc.'s Motion for Leave to file

amended Motion to Dismiss Complaint, and any Opposition thereto , and review of the file, it is this

_____day of _____, 2006, by the Court

ORDERED that the Motion be and is hereby GRANTED and that Defendant is granted leave

to file its proposed amended Motion to Dismiss Complaint.



                                       _____
                                       Judge Henry H. Kennedy



cc: Ronald H. Jarashow                 Adam L. Braverman
    Franch, Jarashow,  & Smith, P.A.   Joshua Ian Rosenstein
    107 Ridgely Avenue, Suite 9        901 New York Avenue, N.W.
    Annapolis, MD 21401                Washington, D.C. 2001