IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                              :
RAMIN OSKOUI, M.D., P.C., and                     :    Case No.1:06cv00678
RAMIN OSKOUI, M.D.                                     :    Judge Kennedy
3301 New Mexico Avenue, N.W.                     :
Suite 316                                                           :
Washington, DC 20016                                   :
                                                                              :
                                              Plaintiffs,         :
              v.                                                          :
                                                                              :
LYON FINANCIAL SERVICES, INC.,              :
d/b/a USBANCORP MANIFEST FUNDING   :
SERVICES,                                                        :
1310 Madrid Road                                             :
Suit 100                                                             :
Marshall, Minnesota 56258                               :
                                                                              :
                                              Defendant.     :
_____:

**ENTRY OF ADDITIONAL APPEARANCE**


**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

   Please enter my appearance as counsel in this case for Plaintiffs RAMIN OSKOUI, M.D., P.C., and RAMIN OSKOUI, M.D.  I certify that I am admitted to practice before this court.

   Please add the undersigned to the list of recipients of ECF and other service.

                                              Respectfully submitted,


                                              **/s/ Joshua Ian Rosenstein**
                                              Joshua Ian Rosenstein (DC Bar No. 482585)
                                              GOODWIN PROCTER LLP
                                              901 New York Avenue, N.W.
                                              Washington, D.C. 20001
                                              (202) 346-4000  Telephone
                                              (202) 346-4444  Facsimile
                                              Attorneys for Plaintiffs

Dated: June 15, 2006

CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2006, a true and correct copy of the foregoing was served by electronic means and/or by U.S. Mail, postage prepaid, upon counsel for the Defendant:

Ronald . Jarashow, Esq.
Robert R. Smith, Esq.
Franch, Jarashow & Smith, P.A.
107 Ridgely Avenue, Suite 9
Annapolis, MD 21401

                                                         _____/s/ Joshua Ian Rosenstein_____
                                                              Joshua Ian Rosenstein