IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____

RAMIN OSKOUI, M.D., P.C., and : Case No. 1:06CV00678
RAMIN OSKOUI, M.D., :
: Judge: Henry H. Kennedy
:
Plaintiffs, :
:
v. :
:
LYON FINANCIAL SERVICES, INC., :
d/b/a USBANCORP MANIFEST FUNDING :
SERVICES, :
:
Defendant. :
_____:

## PROPOSED ORDER

     This matter comes before this Court on the Defendant's Motion to Amend Motion to Dismiss and Proposed Amended Motion to Dismiss. Upon consideration of the arguments of both parties, it is this ____ day of _____, 2006, ordered that:

_____ The Motion to Amend is Denied.

_____ The Motion to Dismiss is Denied.

                                                                                _____

                                                                                Judge Henry H. Kennedy