IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
:
RAMIN OSKOUI, M.D., P.C., and           :   Case No. 1:06CV00678
RAMIN OSKOUI, M.D.,                     :
                                        :
                                        :   Judge: Henry H. Kennedy
                                        :
                Plaintiffs,             :
                                        :
        v.                              :
                                        :
LYON FINANCIAL SERVICES, INC.,          :
d/b/a USBANCORP MANIFEST FUNDING        :
SERVICES,                               :
                                        :
                Defendant.              :
_____:

**CONSENT MOTION TO STAY
WITH SUPPORTING POINTS AND AUTHORITIES**

Plaintiffs Ramin Oskoui, M.D., P.C. and Ramin Oskoui, by and through undersigned counsel, hereby move this Court pursuant to Local Rule 47, to stay any further action on this matter, including a decision on the Motions currently pending before the Court.

In support thereof, Counsel represents as follows:

1.      The Parties are involved in a pending suit in Minnesota state court.

2.      The Parties are involved in ongoing, productive settlement negotiations in that case. At this time, it is anticipated that a settlement in Minnesota will be forthcoming, and that any settlement would involve the voluntary resolution of the instant claim as well.

3. The Parties respectfully request, in the interests of judicial economy, that this Court stay any further consideration of this matter, including any decision on the Motions currently pending before the Court, for a reasonable time, to permit the Parties to finalize any settlement agreement in Minnesota.

4. Should the Parties be unable to resolve the dispute in Minnesota within a reasonable time, the Parties will so inform the Court.

5. Counsel for Defendant has consented to this Motion.

WHEREFORE, for good cause shown, the Parties respectfully request a stay of proceedings for a reasonable period of time.

Respectfully submitted,

GOODWIN PROCTER LLP

By:   /s/ Joshua Ian Rosenstein
Joshua Ian Rosenstein (DC Bar No 482585)

901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000  Telephone
(202) 346-4444  Facsimile

Attorneys for Plaintiffs
Ramin Oskoui, M.D., P.C. and
Ramin Oskoui, M.D.

July 19, 2006

CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2006, a true and correct copy of the foregoing was served by electronic means and/or by U.S. Mail, postage prepaid, upon counsel for the Defendant:

Ronald . Jarashow, Esq.  
Robert R. Smith, Esq.  
Franch, Jarashow & Smith, P.A.  
107 Ridgely Avenue, Suite 9  
Annapolis, MD 21401

                                                                           /s/ Joshua Ian Rosenstein  
                                                                         Joshua Ian Rosenstein