IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST FUNDING<br>SERVICES,<br><br>Defendant. | Case No. 1:06CV00678<br><br>Judge: Henry H. Kennedy |

## PROPOSED ORDER

This matter comes before this Court on the Consent Motion to Stay. For good cause shown, it is this ____ day of _____, 2006, ordered that:

Further proceedings in this matter shall be stayed for a reasonable period of time, or until _____, 2006. Should the Parties be unable to reach the expected settlement agreement, they are hereby ordered to inform the Court and request that this stay be lifted.

_____
Judge Henry H. Kennedy