UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIN OSKOUI, M.D., P.C., and RAMIN OSKOUI, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> LYON FINANCIAL SERVICES, INC. d/b/a USBANCORP MANIFEST FUNDING SERVICES, <br><br> Defendant. | Civil Action 06-00678 (HHK) |

### ORDER OF STAY

This matter comes before this court on the consent motion to stay. For good cause shown, it is this 24th day of July, 2006, ordered that:

Further proceedings in this matter shall be stayed until October 2, 2006. Should the parties be unable to reach a settlement agreement, they shall inform the court and request that this stay be lifted.

Henry H. Kennedy, Jr.<br>
United States District Judge