IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIN OSKOUI, M.D., P.C., and<br>RAMIN OSKOUI, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>LYON FINANCIAL SERVICES, INC.,<br>d/b/a USBANCORP MANIFEST FUNDING<br>SERVICES,<br><br>Defendant. | Case No. 1:06CV00678<br><br>Judge: Henry H. Kennedy |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties, Plaintiffs Ramin Oskoui, M.D., P.C. and Ramin Oskoui, M.D., through their undersigned counsel Joshua Ian Rosenstein, and Defendant Lyon Financial Services, Inc., d/b/a USBANCORP Manifest Funding Services, through its undersigned counsel Robert R. Smith, hereby stipulate and agree that the Complaint, any and all counterclaims, and this entire case be Dismissed with Prejudice as to the Defendant. Each side will bear its own costs and attorneys' fees.

Dated: August 16, 2006                                Respectfully submitted,

| /s/ Joshua Ian Rosenstein | /s/ Robert R. Smith |
|---|---|
| Joshua Ian Rosenstein (Bar No 482585) | Robert R. Smith (Bar No. 387730) |
| GOODWIN PROCTER LLP | FRANCH, JARASHOW & SMITH, PA |
| 901 New York Avenue, N.W. | 107 Ridgely Avenue, Suite 9 |
| Washington, D.C. 20001 | Annapolis, MD 21401 |
| (202) 346-4000  Telephone | (401) 268-5600 |
| (202) 346-4444  Facsimile | Attorneys for Defendant |
| Attorneys for Plaintiffs | |

CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2006, a true and correct copy of the foregoing Stipulation was served by electronic means and/or by U.S. Mail, postage prepaid, upon counsel for the Defendant:

Robert R. Smith, Esq.
Franch, Jarashow & Smith, P.A.
107 Ridgely Avenue, Suite 9
Annapolis, MD 21401

                                                                  _____/s/ Joshua Ian Rosenstein_____
                                                                         Joshua Ian Rosenstein